IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>       v.<br><br>HAPPY BEE'S, INC. dba PERKO'S #102; JOAN BARNES; MISTY BARNES BRAZ; HEIDI SELOVER STEVENS; ERIN T. SELOVER; CONSTANCE TERESA TRAINA, SURVIVING TRUSTEE of the TRAINA LIVING TRUST DATED FEBRUARY 13, 1984; JULIUS SALVADOR TRAINA, CO-TRUSTEE of the TRAINA LIVING TRUST DATED NOVEMBER 21, 1983; MARIE ROSE TRAINA, CO-TRUSTEE of the TRAINA LIVING TRUST DATED NOVEMBER 21, 1983,<br><br>    Defendants.<br>_____<br>JOAN BARNES; MISTY BARNES BRAZ; ERIN T. SELOVER; CONSTANCE TERESA TRAINA, SURVIVING TRUSTEE of the TRAINA LIVING TRUST DATED FEBRUARY 13, 1984; JULIUS SALVADOR TRAINA, CO-TRUSTEE of the TRAINA LIVING TRUST DATED NOVEMBER 21, 1983; MARIE ROSE TRAINA, CO-TRUSTEE of the TRAINA LIVING TRUST DATED NOVEMBER 21, 1983,<br><br>    Cross-Claimants,<br><br>HAPPY BEE'S, INC. dba PERKO'S #102,<br><br>    Cross-Defendant.<br>_____ | 2:11-cv-01975-GEB-CMK<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

1

The Joint Status Report filed October 17, 2011 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 31, 2011 is continued to January 30, 2012, commencing at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the rescheduled hearing date.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that if Defendants Happy Bees Inc. and Heidi Selover Stevens are not served with process within the 120 day period prescribed in that Rule, they may be dismissed as defendants. To avoid dismissal, on or before November 30, 2011 Plaintiff shall file proof of service for any unserved defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated: October 24, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2