IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARY FEEZOR, | ) | 2:11-cv-01975-GEB-CMK |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |
| HAPPY BEE'S, INC. dba PERKO'S #102; JOAN BARNES; MISTY BARNES BRAZ; HEIDI SELOVER STEVENS; ERIN T. SELOVER; CONSTANCE TERESA TRAINA, SURVIVING TRUSTEE of the TRAINA LIVING TRUST DATED FEBRUARY 13, 1984; JULIUS SALVADOR TRAINA, CO-TRUSTEE of the TRAINA LIVING TRUST DATED NOVEMBER 21, 1983; MARIE ROSE TRAINA, CO-TRUSTEE of the TRAINA LIVING TRUST DATED NOVEMBER 21, 1983, | ) | |
| Defendants. | ) | |
| _____ | ) | |
| JOAN BARNES; MISTY BARNES BRAZ; ERIN T. SELOVER; CONSTANCE TERESA TRAINA, SURVIVING TRUSTEE of the TRAINA LIVING TRUST DATED FEBRUARY 13, 1984; JULIUS SALVADOR TRAINA, CO-TRUSTEE of the TRAINA LIVING TRUST DATED NOVEMBER 21, 1983; MARIE ROSE TRAINA, CO-TRUSTEE of the TRAINA LIVING TRUST DATED NOVEMBER 21, 1983, | ) | |
| Cross-Claimants, | ) | |
| HAPPY BEE'S, INC. dba PERKO'S #102, | ) | |
| Cross-Defendant. | ) | |
| _____ | ) | |

1

1    The Joint Status Report filed October 17, 2011 reveals this
2    case is not ready to be scheduled. Therefore, the Status (Pretrial
3    Scheduling) Conference scheduled for hearing on October 31, 2011 is
4    continued to January 30, 2012, commencing at 9:00 a.m. A further joint
5    status report shall be filed no later than fourteen (14) days prior to
6    the rescheduled hearing date.

7    Further, Plaintiff is notified under Rule 4(m) of the Federal
8    Rules of Civil Procedure that if Defendants Happy Bees Inc. and Heidi
9    Selover Stevens are not served with process within the 120 day period
10   prescribed in that Rule, they may be dismissed as defendants. To avoid
11   dismissal, on or before November 30, 2011 Plaintiff shall file proof of
12   service for any unserved defendant or a sufficient explanation why
13   service was not effected within Rule 4(m)'s prescribed service period.

14   IT IS SO ORDERED.

15   Dated:  October 24, 2011

16

17   _____
     GARLAND E. BURRELL, JR.
18   United States District Judge

19

20

21

22

23

24

25

26

27

28