IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FEEZOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAPPY BEE'S, INC. Dba PERKO'S ) <br> #102; JOAN BARNES; MISTY BARNES ) <br> BRAZ; HEIDI SELOVER STEVENS; ) <br> ERIN T. SELOVER; CONSTANCE ) <br> TERESA TRAINA, SURVIVING TRUSTEE ) <br> of the TRAINA LIVING TRUST DATED ) <br> FEBRUARY 13, 1984; JULIUS ) <br> SALVADOR TRAINA, CO-TRUSTEE of ) <br> the TRAINA LIVING TRUST DATED ) <br> NOVEMBER 21, 1983; MARIE ROSE ) <br> TRAINA, CO-TRUSTEE of the TRAINA ) <br> LIVING TRUST DATED NOVEMBER 21, ) <br> 1983, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:11-cv-01975-GEB-CMK <br><br> ORDER |

The parties filed a document on January 9, 2012, in which they state "all parties reached a settlement in principle and are currently negotiating a written agreement." (ECF No. 22.) However, pending for hearing on February 6, 2012, is a motion which obviously should be deemed withdrawn in light of the settlement. (ECF No. 21.) Therefore, this motion is deemed withdrawn.

Further, a dispositional document shall be filed no later than February 24, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a

1

1 | dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to
2 | file dispositional papers on the date prescribed by the Court may be
3 | grounds for sanctions.").

Dated:  February 2, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge