IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FEEZOR,<br><br>        Plaintiff,<br><br>    v.<br><br>HAPPY BEE'S, INC. Dba PERKO'S #102; JOAN BARNES; MISTY BARNES BRAZ; HEIDI SELOVER STEVENS; ERIN T. SELOVER; CONSTANCE TERESA TRAINA, SURVIVING TRUSTEE of the TRAINA LIVING TRUST DATED FEBRUARY 13, 1984; JULIUS SALVADOR TRAINA, CO-TRUSTEE of the TRAINA LIVING TRUST DATED NOVEMBER 21, 1983; MARIE ROSE TRAINA, CO-TRUSTEE of the TRAINA LIVING TRUST DATED NOVEMBER 21, 1983,<br><br>        Defendants.<br>_____ | 2:11-cv-01975-GEB-CMK<br><br>ORDER |

        The parties filed a document on January 9, 2012, in which they state "all parties reached a settlement in principle and are currently negotiating a written agreement." (ECF No. 22.) However, pending for hearing on February 6, 2012, is a motion which obviously should be deemed withdrawn in light of the settlement. (ECF No. 21.) Therefore, this motion is deemed withdrawn.

        Further, a dispositional document shall be filed no later than February 24, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a

1

1  dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to
2  file dispositional papers on the date prescribed by the Court may be
3  grounds for sanctions.").
4  Dated:  February 2, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```